UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRENSO DIVISION

| | |
|---|---|
| RONALD H. JONES,<br><br>              Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case NO. 1:13-cv-01135-SAB<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

  The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 7-days to file Plaintiff's Confidential Settlement Brief.

  The attorney in this case suffered a loss of data from their hard drive and subsequently lost all work related to this case.  As a result, counsel for Plaintiff requires additional time to draft the confidential memo. Defendant was notified as soon as this occurred; however, it was late in the day on the day it was due.  The Confidential brief was due on January 2, 2014. Plaintiff requests an extension of time of 7 days, to January 10, 2014.

  The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated January 2, 2014:          s/ KELSEY M. BROWN          CA #263109
                                Kelsey M. Brown
                                Dellert Baird Law Offices, PLLC
                                Attorney for Plaintiff


Dated January 3, 2014:          s/ KELSEY M. BROWN for Annabelle J. Yang
                                ANNABELLE J. YANG
                                (per e-mail authorization)
                                Special Assistant U.S. Attorney
                                Office of the General Counsel

                                Of Attorneys for Defendant


## ORDER

The Court adopts the parties' stipulation as outlined above.  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before **January 10, 2014**;

2. The Commissioner's responsive brief shall be filed on or before **February 10, 2014**; and

3. Plaintiff may file a reply brief on or before **February 25, 2014**.


IT IS SO ORDERED.

Dated:   **January 6, 2014**                    _____
                                                UNITED STATES MAGISTRATE JUDGE