# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD H. JONES, | Case No.: 1:13-cv-01135-SAB |
| Plaintiff, | AMENDED ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 11) |
| Defendant. | |

On January 3, 2014, Plaintiff filed a stipulation requesting an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. (ECF No. 11.)  Due to an error in the proposed order, the Court issued a scheduling order moving the opening brief date.  This amended order issues to correct the prior order.

Pursuant to the stipulation, Plaintiff will serve the Commissioner with a confidential letter brief on or before **January 10, 2014**.  This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's confidential letter brief shall be served on or before **January 10, 2014**;
2. Commissioner's confidential letter brief shall be served on or before **February 18, 2014**;
3. Any stipulation to remand the case shall be filed on or before **March 18, 2014**;

4. Plaintiff's opening brief shall be filed on or before **March 18, 2014** ;

5. Commissioner's responsive brief shall be filed on or before **April 21, 2014**; and

6. Plaintiff may file a reply brief on or before **May 5, 2014**.

IT IS SO ORDERED.

Dated:   **January 7, 2014**

UNITED STATES MAGISTRATE JUDGE